Case.net:26AB-CC00151 - HUYSER V. ST. CLAIR R-XIII SCHOOL DISTRICT (E-CASE) - Docket Entries

**Sort by date:** Descending Ascending          **Display options:** All Entries ⌄

**07/15/2026**

**Summons Personally Served**

Document ID - 26-SMCC-567; Served To - ST CLAIR R RXIII SCHOOL DISTRICT; Served Date - 07/13/2026; Served Time - 14:37:00; Service Type - SD; Reason Description - SERV; Service Text -SERVED

**Associated Entries: 07/13/2026 -**

**Notice of Service**

**+**

┌─────────────┐
│  **EXHIBIT** │
│    **A**    │
└─────────────┘

**07/13/2026**

Notice of Service

RETURN; Electronic Filing Certificate of Service.

**Associated Entries: 07/15/2026 - Summons Personally Served   +**

**06/16/2026**

**Alias Summons Issued**

Document ID: 26-SMCC-567, for ST CLAIR R RXIII SCHOOL DISTRICT

**Service Other Not Attempted**

Document ID - 26-SMCC-404; Served To - ST CLAIR R RXIII SCHOOL DISTRICT; Served Date - 06/16/2026; Served Time - 08:50:05; Service Type - OT; Reason Description - NEST; Service Text -NON-EST

**Associated Entries: 04/13/2026 -**

**Summons Issued-Circuit**

**+**

Alias Summons Requested

Request for Alias Summons; Non-est Summons.

**Filed By:** DANIEL JAMES RHOADS

**On Behalf Of:** MELISSA HUYSER

**04/13/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-404, for ST CLAIR R RXIII SCHOOL DISTRICT

**Associated Entries: 06/16/2026 - Service Other Not Attempted   +**

**04/10/2026**

**Filing Info Sheet eFiling**

**Filed By:** DANIEL JAMES RHOADS

Pet Filed in Circuit Ct

Petition; Exhibit A - MCHR Notice; Exhibit B - MCHR Notice.

**Filed By:** DANIEL JAMES RHOADS

**On Behalf Of:** MELISSA HUYSER

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

IN THE 20th JUDICIAL CIRCUIT
COUNTY OF FRANKLIN
STATE OF MISSOURI

MELISSA HUYSER,                    )
                                   )
        *Plaintiff*,               )
                                   )    Cause No. _____
        vs.                        )
                                   )    Division No. _____
ST. CLAIR R-XIII SCHOOL DISTRICT   )
        Serve at:  905 Bardot St.  )
        St. Clair, MO 63077        )
                                   )    JURY TRIAL DEMANDED
        *Defendant*.               )

## PLAINTIFF'S PETITION

COMES NOW Plaintiff, Melissa Huyser, by and through counsel, and for her causes of action against Defendant, St. Clair R-XIII School District, states the following facts upon her personal knowledge and information:

Parties

1.      Melissa Huyser is, and at all times relevant to this Petition was, an adult, female resident of Franklin County, Missouri.

2.      Plaintiff is a person with a disability.  She is an individual with one or more physical or mental impairments which substantially limit one or more of her major life activities and which, with or without reasonable accommodation did not and does not interfere with her performing the jobs she held when employed by Defendant nor any jobs in education that she has held since.

3.      Defendant St. Clair R-XIII School District ("the District") is a public school district located within the County of Franklin, State of Missouri.

4.      The District is an employer, a public corporation, and a "person" by statute.

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

### Jurisdiction and Venue

5. This Petition arises under the statutes of the State of Missouri.

6. Plaintiff has suffered damages in excess of $25,000.

7. The actions of Defendant that give rise to this action occurred in Franklin County, Missouri.

### Facts Applicable to All Counts

8. Plaintiff was the Special Education Director at the District until the end of the 2023-24 school year.

9. Plaintiff is a qualified person with a disability. In 2016, she was diagnosed with Post-Traumatic Stress Disorder, Depression, and Anxiety, which are impairments that substantially limit major life activities, such as eating, sleeping, thinking and concentrating.

10. In the fall of 2022, a parent in the District began scrutinizing the school's special education practices.

11. Plaintiff received a complaint that the parent's son was not receiving all the accommodations to which his IEP entitled him.

12. Plaintiff investigated the issue and found that the allegation regarding accommodations was correct—in other words, that teachers in the District were not providing the required accommodations.

13. In January 2023, Plaintiff met with Kyle Kruse, the District's Superintendent at the time; Melissa Husereau, who is now the District's Superintendent; Nadine Aich, an Assistant Superintendent; and Mike Cornwell, the Principal of St. Clair High School.

14. Plaintiff presented her findings to the group, but they decided not to remedy the deficiencies that she identified.

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

15.     Soon after that meeting, in January or February of 2023, the parent initiated a Child Complaint against the District.

16.     Plaintiff cooperated with DESE in its investigation of the complaint.

17.     While the Complaint was pending, the complaining parent showed Plaintiff a message from Dave Berkel, the President of the District's Board of Education.

18.     In the message, Mr. Berkel wrote, "I have been trying to get her [Plaintiff] out for several years but when she has good evaluations and has had her share of personal issues it wasn't possible."

19.     Prior to 2023, Plaintiff's performance evaluations had been consistently positive.

20.     In light of the revelation of Mr. Berkel's message, Plaintiff met with Kruse, Husereau, and Aitch in April 2023 in order to discuss her standing with the District.

21.     In that meeting, Plaintiff was assured that her employment in the District was secure.

22.     In July 2023, DESE corroborated Plaintiff's findings regarding the parent's Child Complaint.

23.     In January 2024, a child with a disability in the District was suspended from school due to an incident that occurred while he did not have the adult support required by his IEP.

24.     Plaintiff again spoke to her colleagues in support of the student's rights; and again, the District was annoyed by her speaking up.

25.     In February 2024, Plaintiff received her performance evaluation. In it, she was given four "Area of Concern" marks and two "Meets Expectations" scores. Notably, the Areas of Concern were related to her speaking about special education compliance.

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

26. Because Plaintiff insisted on speaking up about violations of special education law, her evaluation claimed, "[c]ommunication related to this area is ineffective and unprofessional."

27. Similarly, the evaluation noted concerns about "modeling respect[] in difficult situations," which was actually an allusion to Plaintiff's advocacy for children with disabilities.

28. The other "Area of Concern" grades were related to Plaintiff's attendance, or stated differently, "[l]ack of visibility."

29. As stated above, Plaintiff lives with mental-health disabilities and has suffered from their effects since 2016.

30. The District has always been aware of Plaintiff's disabilities; in fact, Mr. Berkel mentioned them in the text message described above.

31. In the spring of 2024, the District notified Plaintiff that it would not be renewing her contract.

32. On March 15, 2024, Plaintiff was told that if she did not resign, the District would move to end her employment.

33. Having no other choice, Plaintiff resigned under the duress, ending her employment with the District, effective June 30, 2024.

Exhaustion of Administrative Remedies

34. On or about August 28, 2024, Plaintiff filed her Complaint of Discrimination in the Missouri Commission on Human Rights ("MCHR") against the Defendant, alleging disability discrimination, retaliation, and discrimination for association with children with disabilities under the Missouri Human Rights Act. Plaintiff's complaint was simultaneously filed with the U.S. Equal Employment Opportunity Commission ("EEOC").

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

35.     On March 2, 2026, the MCHR issued its Notice of Right to Sue to Plaintiff. *See* Exhibit A. On April 1, 2026, the EEOC issued its Determination and Notice of Rights. *See* Exhibit B.

36.     This action is filed within two years of the discriminatory conduct and within ninety days of Plaintiff's receipt of the Notices.

Count I – MHRA Disability Discrimination
(§ 213.055 R.S. Mo.)

37.     Plaintiff incorporates the averments made above as if they were fully set forth herein.

38.     At all relevant times, Defendant was an employer under the Missouri Human Rights Act ("MHRA").

39.     At all relevant times, Plaintiff had a mental impairment that substantially limits one or more of Plaintiff's major life activities.

40.     Plaintiff's impairment did not interfere with performing the job in question if provided reasonable accommodation.

41.     Defendant discharged Plaintiff.

42.     Plaintiff's disability actually played a role in and had a determinative influence on Defendant's discharge of Plaintiff.

43.     As a direct and proximate result of the above-described acts, Plaintiff has suffered and will continue to suffer pecuniary losses, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

44.     Defendant's actions were undertaken maliciously or in reckless disregard for Plaintiff's right to be free from discrimination.

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant and award Plaintiff such sum as will fairly and justly compensate Plaintiff for any actual damages, including back pay; other past and future economic losses; and any past and future emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, as well as any other relief that this Court should find necessary and proper.

Count II – MHRA Association Discrimination (§ 213.070.1(4) R.S. Mo.)

45.  Plaintiff incorporates the averments made above as if they were fully set forth herein.

46.  At all relevant times, Defendant was both an employer and a place of public accommodation under the MHRA.

47.  The children with disabilities on whose behalf Plaintiff advocated, as set forth in paragraphs 11-16 and 22-24, above, are persons with a disability under the MHRA.

48.  At all relevant times, Defendant knew that Plaintiff associated with the persons with disabilities to which the prior paragraph refers.

49.  At all relevant times, as described above, Defendant discriminated against children with disabilities, in that they failed to comply with special education laws in the ways described above.

50.  At all relevant times, as described above, Defendant discriminated against Plaintiff due to her association with those persons with a disability, culminating in Defendant's constructive termination of Plaintiff's employment.

51.  Defendant's actions were undertaken maliciously or in reckless disregard for Plaintiff's right to be free from discrimination.

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

52. As a direct and proximate result of the above-described acts, Plaintiff has suffered and will continue to suffer pecuniary losses, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant, awarding emotional distress damages, compensatory damages, pre-and post-judgment interest, and attorney's fees and costs, as well as any other relief that this court should find necessary and proper.

### Count III – MHRA Retaliation (§ 213.070.1(2) R.S. Mo.)

53. Plaintiff incorporates the averments made above as if they were fully set forth herein.

54. At all relevant times, Defendant was both an employer and a place of public accommodation under the MHRA.

55. Plaintiff's advocacy for children with disabilities was a motivating factor in Defendant's constructive termination of Plaintiff's employment.

56. As a direct and proximate result of the above-described acts, Plaintiff has suffered and will continue to suffer pecuniary losses, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

57. Defendant's actions were undertaken maliciously or in reckless disregard for Plaintiff's right to be free from discrimination.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant, awarding emotional distress damages, compensatory damages, pre-and post-judgment interest, and attorney's fees and costs, as well as any other relief that this court should find necessary and proper.

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

Count IV – Wrongful Discharge in Violation of Public Policy

58.    Plaintiff incorporates the averments made above as if they were fully set forth herein.

59.    Plaintiff reported violations of special education law in the District to her supervisors and District administrators, refused to ignore the violations or to be silent about it within the proper channels, and cooperated with DESE in its investigation of the District.

60.    Defendant discharged Plaintiff.

61.    The conduct of Plaintiff describe above was a contributing and motivating factor in such discharge.

62.    As a direct result of such discharge, Plaintiff sustained damage.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant and award Plaintiff such sum as will fairly and justly compensate Plaintiff for any actual damages, including back pay; other past and future economic losses; and any past and future emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, as well as any other relief that this Court should find necessary and proper.

Count V – Americans with Disabilities Act

63.    Plaintiff incorporates the averments made above as if they were fully set forth herein.

64.    Defendant is an employer with more than fifteen employees.

65.    Plaintiff is a person with a disability in that she:

(a) has a physical or mental impairment, including post-traumatic stress disorder, which substantially limits one or more major life activities, as described above; and

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

(b) was and is regarded and perceived by Defendant as having such an impairment.

66.     Plaintiff was qualified for the position in which Defendant employed her, with or without reasonable accommodations that would not cause an undue burden on Defendant.

67.     Defendant constructively discharged Plaintiff because of her disability.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant and award Plaintiff such sum as will fairly and justly compensate Plaintiff for any actual damages, including back pay; other past and future economic losses; and any past and future emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, as well as any other relief that this Court should find necessary and proper.

RESPECTFULLY SUBMITTED

Daniel J. Rhoads, 59590
**THE RHOADS FIRM, LLC**
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone:  (855) 895-0997
Fax:  (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*
*Melissa Huyser*

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

**26AB-CC00151**

**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**

# MISSOURI COMMISSION ON HUMAN RIGHTS

| **MIKE KEHOE** | **ANNA S. HUI** | **AL LI** | **SHANNON THOMPSON** |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | ACTING EXECUTIVE DIRECTOR |

March 2, 2026

Melissa Huyser
5950 Hwy V
Union, MO 63084
Via email: therhoadsfirmllc@gmail.com

## NOTICE OF RIGHT TO SUE

RE: Huyser v. St. Clair R-XIII School District, E-08/24-56436; 28E-2025-00044

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

*Shannon Thompson*

Shannon Thompson
Acting Executive Director

CC: Additional Contacts Listed on Next Page

Exhibit A
MCHR Notice

*The Missouri Commission on Human Rights is an equal opportunity employer/program.*
*Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966   •   Relay Missouri: 711   •   www.labor.mo.gov/discrimination   •   Email: mchr@labor.mo.gov

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

RE:  Huyser v. St. Clair R-XIII School District, E-08/24-56436; 28E-2025-00044

St. Clair R-XIII School District
905 Bardot St.
St. Clair, MO 63077
Via email

Mandi Moutray
Attorney at Law, Tueth Keeney Cooper Mohan Jackstadt P.C.
34 N. Meramec Avenue
Suite 600
Saint Louis, MO 63105
Via email: mmoutray@tuethkeeney.com

Daniel J Rhoads
Attorney, The Rhoads Firm, LLC
8123 Delmar Blvd
2nd Floor
Saint Louis, MO 63130
Via email: therhoadsfirmllc@gmail.com

26AB-CC00151

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
St. Louis District Office

Robert A. Young Building
1222 Spruce Street, Room 8.100
St. Louis, MO 63103
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
St. Louis Direct Dial: (314) 798-1960
FAX (314) 539-7894
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: April 1, 2026

**To:**   Melissa Huyser
5950 Hwy V
Union, MO 63084

**Re:**   Melissa Huyser v. St. Clair R-XIII School District

EEOC Charge Number:  28E-2025-00044

EEOC Representative and email:   Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

### DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) received this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis 04/01/2026
David Davis
District Director

cc:   Mandi Moutray
Tueth Keeney Cooper Mohan Jackstadt P.C.
34 N. Meramec Avenue Suite 600
Saint Louis, MO 63105

Daniel J Rhoads
The Rhoads Firm, LLC
8123 Delmar Blvd Suite 200
Saint Louis, MO 63130

Exhibit B
EEOC Notice

Electronically Filed - Franklin County - April 10, 2026 - 02:53 PM

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice.** Receipt generally means the date when you (or your representative) received the document. You should **keep a record of the date you received this notice.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE

To request a copy of your charge file, contact the Fair Employment Practices Agency that investigated your charge.

Exhibit B
EEOC Notice

# Summons in Civil Case

## IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>CRAIG E HELLMANN | Case Number: 26AB-CC00151 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MELISSA HUYSER | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL JAMES RHOADS<br>THE RHOADS FIRM LLC<br>8123 DELMAR BLVD<br>STE 200<br>SAINT LOUIS, MO 63130 | |
| vs. | | |
| Defendant/Respondent:<br> ST CLAIR R RXIII SCHOOL DISTRICT | Court Address:<br>401 E MAIN ST<br>UNION, MO 63084 | |
| Nature of Suit:<br>CC Public Accommodat 213.111 | | (Date File Stamp for Return) |

**The State of Missouri to:**   **ST CLAIR R RXIII SCHOOL DISTRICT**
**Alias:**
**895 BARDOT ST**
**SAINT CLAIR, MO  63077**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***FRANKLIN COUNTY***

13-APR-2026
Date

*Connie Ward*/mdk
Clerk

**Further Information:**

Case Number: 26AB-CC00151

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with_____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on_____ (date)

at _____ (time).

_____    _____
Printed Name of Officer or Server                Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____
                                    Date                                Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-404**
2 of 2 (26AB-CC00151)                              Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                                54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# Summons in Civil Case

## IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>CRAIG E HELLMANN | Case Number:  26AB-CC00151 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MELISSA HUYSER | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL JAMES RHOADS<br>THE RHOADS FIRM LLC<br>8123 DELMAR BLVD<br>STE 200<br>SAINT LOUIS, MO  63130 | |
| vs. | | |
| Defendant/Respondent:<br> ST CLAIR R RXIII SCHOOL DISTRICT | Court Address:<br>401 E MAIN ST<br>UNION, MO  63084 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Public Accommodat 213.111 | | |

The State of Missouri to:    **ST CLAIR R RXIII SCHOOL DISTRICT**
**Alias:**
**895 BARDOT ST**
**SAINT CLAIR, MO  63077**

Other Addresses:

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

13-APR-2026
_____
Date

_Connie Ward_/mdk
_____
Clerk

**FRANKLIN COUNTY**

Further Information:

Electronically Filed - FRANKLIN COUNTY - June 16, 2026 - 08:39 AM

Case Number: **26AB-CC00151**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: NON-EST - NOT RECEIVED BY SHERIFF IN TIME TO SERVE _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
Printed Name of Officer or Server            Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____

Date                          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - FRANKLIN COUNTY - June 16, 2026 - 08:39 AM

Electronically Filed - FRANKLIN COUNTY - June 16, 2026 - 08:39 AM

IN THE 20th JUDICIAL CIRCUIT
COUNTY OF FRANKLIN
STATE OF MISSOURI

MELISSA HUYSER, )
)
    *Plaintiff*, )
)    Cause No.    26AB-CC00151
    vs. )
)    Hon. Judge Hellmann
ST. CLAIR R-XIII SCHOOL DISTRICT )
)
    *Defendant*. )

## PLAINTIFF'S REQUEST FOR ALIAS SUMMONS

COMES NOW Plaintiff, by and through counsel, and hereby requests that the Court issue an

alias summons on the following Defendant:

St. Clair R-XIII School District
Serve at: 905 Bardot St.
St. Clair, MO 63077

WHEREFORE, Plaintiff respectfully requests that the Court issue an alias summons to

Defendant, St. Clair R-XIII School District, at the address indicated above.

RESPECTFULLY SUBMITTED

Daniel J. Rhoads, 59590
THE RHOADS FIRM, LLC
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone:  (855) 895-0997
Fax:  (314) 754-9103
therhoadsfirmllc@gmail.com
*Attorney for Plaintiff*

# Alias Summons in Civil Case

## IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CRAIG E HELLMANN | Case Number:  26AB-CC00151 |
| Plaintiff/Petitioner:<br>MELISSA HUYSER | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL JAMES RHOADS<br>THE RHOADS FIRM LLC<br>8123 DELMAR BLVD<br>STE 200<br>SAINT LOUIS, MO  63130 |
| vs. | |
| Defendant/Respondent:<br> ST CLAIR R RXIII SCHOOL DISTRICT | Court Address:<br>401 E MAIN ST<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Public Accommodat 213.111 | (Date File Stamp for Return) |

**The State of Missouri to:**   ST CLAIR R RXIII SCHOOL DISTRICT
**Alias:**
**895 BARDOT ST**
**SAINT CLAIR, MO  63077**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*FRANKLIN COUNTY*

16-JUN-2026
Date

_Connie Ward_/alt
Clerk

**Further Information:**

Case Number: 26AB-CC00151

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with_____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on_____ (date)

at _____ (time).

_____    _____
Printed Name of Officer or Server             Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
Date                        Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - FRANKLIN COUNTY - July 13, 2026 - 02:56 PM

# Franklin County Sheriff's Office

#1 Bruns Lane, Union, MO 63084

## RETURN OF SERVICE

| | | |
|---|---|---|
| Case Number | Expiration Date | Zone |
| 26AB-CC00151 | 07/15/2026 | ST CLAIR |
| Court | Type of Document | Service Record No |
| DIV 1 | SUMMONS | 2026-2945 |

MELISSA HUYSER VS ST CLAIR RXIII SCHOOL DISTRICT

Service Requested By

THE RHOADS FIRM

Party to be Served
ST CLAIR SCHOOL CENTRAL OFFICE

Posting authorized

Address
895 BARDOT ST, ST CLAIR, MO 63077

Posted property

Posted public place

Work Address

Actual Party Served    MELISSA HUSEREAU

Relationship/title    SUPERINTENDENT

Date of Service    07/13/2026

Time of Service    2:47 PM

Reason Not Served

(Comments)

I certify that I have served the above named summons in the County of Franklin State of Missouriy by:

- [ ] Delivering a copy of the summons and petition to the Defendant/Respondent
- [ ] Leaving a copy of the summons and petition at the dwelling place or usual abode of the Defendant/Respondent with a person of the defendant's/respondent's family over the age of 18 years.
- [x] (for service on a corporation) delivering a copy of the summons and petition to a registered agent or representative of the company.

Signature    *SAVAGE ROBERT*    DSN    1111

Print Name    SAVAGE ROBERT

Service Fee    $40.00    Mileage    $14.50    (optional)

Posting Fee

Total    $54.50

Electronically Filed - FRANKLIN COUNTY - July 13, 2026 - 02:56 PM



# Alias Summons in Civil Case

IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI  SHERIFF'S RETURN

| | |
|---|---|
| Judge or Division:<br>CRAIG E HELLMANN | Case Number: 26AB-CC00151 |
| Plaintiff/Petitioner:<br>MELISSA HUYSER<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL JAMES RHOADS<br>THE RHOADS FIRM LLC<br>8123 DELMAR BLVD<br>STE 200<br>SAINT LOUIS, MO 63130 |
| Defendant/Respondent:<br>ST CLAIR R RXIII SCHOOL DISTRICT | Court Address:<br>401 E MAIN ST<br>UNION, MO 63084 |
| Nature of Suit:<br>CC Public Accommodat 213.111 | (Date File Stamp for Return) |

20262945

The State of Missouri to:   **ST CLAIR R RXIII SCHOOL DISTRICT**
**Alias:**
**895 BARDOT ST**
**SAINT CLAIR, MO  63077**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**FRANKLIN COUNTY**

16-JUN-2026
Date

Connie Wardsalt
Clerk

**Further Information:**



RECEIVED
JUL 13 2026
By_____

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-567**
1 of 2 (26AB-CC00151)                           Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                                **54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo**