IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA HUYSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:26-cv-01280-SRC |
| | ) | |
| ST. CLAIR R-XIII SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

COME NOW undersigned counsel for Plaintiff, Melissa Huyser, and Defendant, St. Clair R-XIII School District, pursuant to Section I.B. of the Case Management Order entered by this Court on September 24, 2026, and submit the following "status report on entering into evidence the voicemail between counsel discussed at the Rule 16 Conference."

The Parties agree as follows:

1. The voicemail referenced in the Case Management Order was a text message between counsel in the context of settlement discussions.
2. Other evidence exists regarding the matter discussed in the text message between counsel.
3. Counsel for both parties agree that the text message need not be introduced in evidence in this case.

Accordingly, this matter has been resolved.

RESPECTFULLY SUBMITTED,

TUETH KEENEY COOPER MOHAN
& JACKSTADT, P.C.

By: /s/ *Mandi D. Moutray*
Celynda L. Brasher, #38243MO
Mandi D. Moutray, #66096MO
Brody T. Shea, #76771MO
34 N. Meramec Avenue, Suite 600
St. Louis, MO 63105
Telephone: (314) 880.3600
Facsimile: (314) 880.3601
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
bshea@tuethkeeney.com

***Attorneys for Defendant***

By: /s/ *Daniel J. Rhoads*
Daniel J. Rhoads, #59590MO
THE RHOADS FIRM, LLC
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone: (855) 895-0997
Fax: (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*